USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELA TOVAR,

Plaintiff,

-against-

NEVERLANDER PRODUCING COMPANY OF AMERICA, INC., et al.,

Defendants.

26-CV-00011 (MMG)

**ORDER**

MARGARET M. GARNETT, United States District Judge:

For the reasons stated on the record at the July 7, 2026 Initial Pre-Trial Conference, Plaintiff's motion for leave to file an amended complaint (Dkt. No. 17) is GRANTED. Plaintiff is hereby ORDERED to file the First Amended Complaint on or before **July 10, 2026**. Defendants' motion for a conference (Dkt. No. 20) is DENIED AS MOOT. Plaintiff's motion for sanctions (Dkt. No. 25) is DENIED.

Finally, counsel are implored to work civilly and collaboratively to resolve future disputes that are susceptible to agreement between counsel. The Court will not look favorably on motion practice over issues that counsel could easily resolve by simply picking up the phone and speaking with one another with courtesy and professionalism. Of course no lawyer is required to surrender points that are of substantive importance to their client or to their litigating position, but the Court will not hesitate to sanction either party, or their attorneys, if they consistently refuse to meet and confer in good faith or engage in tactics aimed at wasting the time and resources of opposing counsel and the Court.

The Clerk of Court is respectfully directed to terminate Dkt. Nos. 17, 20, and 25.

Dated: July 8, 2026
New York, New York

SO ORDERED.

MARGARET M. GARNETT
United States District Judge